**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EUNICE ELAINE CURRY** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 21-18** |
| | : | |
| **DEVEREUX FOUNDATION** | : | |

## ORDER

This 24th day of May, 2021, it hereby **ORDERED** that Defendant's Motion to Dismiss (ECF 7) is **GRANTED AND DENIED IN PART** as follows:

1. Defendant's motion is granted with respect to Plaintiff's claim of intentional infliction of emotional distress. Count II of Plaintiff's complaint is dismissed with prejudice.

2. Defendant's motion is denied with respect to Plaintiff's retaliation claim.

    /s/ Gerald Austin McHugh
United States District Judge