**BROWN & CONNERY, LLP**
Kathleen E. Dohn, Esquire
Kayla L. Louis, Esquire
360 Haddon Avenue - P.O. Box 539
Westmont, New Jersey 08108
(856) 854-8900
klouis@brownconnery.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EUNICE ELAINE CURRY,<br><br>Plaintiff,<br><br>vs.<br><br>DEVEREUX FOUNDATION,<br><br>Defendant. | Civil Action No. 2:21-cv-00018-GAM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The matters in dispute between the parties having been resolved and this case dismissed without prejudice in accord with a Settlement Agreement between the parties dated January 28, 2022, and the defendant having since made all payments due under the Settlement Agreement, this action may now be dismissed <u>with</u> prejudice and without costs awarded to any party.

**BROWN & CONNERY, LLP**
Attorneys for Defendant

By: *s/Kayla L. Louis*
 Kayla L. Louis

Dated: September 12, 2022

**LAW OFFICES OF ROBERT T. VANCE**
Attorneys for Plaintiff

By: *s/Robert T. Vance*
 Robert T. Vance

Dated: September 14, 2022

APPROVED BY THE COURT:

/s/ Gerald Austin McHugh
United States District Judge
  9/14/22